RICHARD WIGHTMAN, Appellant, v. G. G. HYNSON & CO., INC.,

Respondent. CORA B. WIGHTMAN and Another; Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.